# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| TRUIST BANK, formerly known as Branch Banking and Trust Company, | * * * |
| Plaintiff, | * * |
| v. | * Civil Action No. 1:24-cv-00282-RDA-WBP * * |
| 4420 NORTH FAIRFAX LLC, et al., | * * |
| Defendants. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER EXTENDING DEADLINE FOR SUMMARY JUDGMENT MOTIONS

Upon consideration of the Consent Motion to Extend Deadline for Summary Judgment Motions (the "Consent Motion"), IT IS HEREBY ORDERED as follows:

1. The Consent Motion is granted;

2. The parties shall file any summary judgment motions by April 14, 2025; and

3. If no summary judgment motion is filed, the parties shall file a notice requesting a final pretrial conference by April 15, 2025.

Entered this _12_ day of _March_, 2025.

Alexandria, Virginia

_____
Rossie D. Alston, Jr.
United States District Court Judge
EDVA