IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUIST BANK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-282 (RDA/WBP) |
| 4420 NORTH FAIRFAX LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the parties' joint Stipulation of Dismissal. Dkt. 26. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE pursuant to the parties' settlement agreement executed in connection with this matter; and it is

FURTHER ORDERED that Plaintiff's Consent Motion for Extension of Summary Judgment Deadline, Dkt. 25, is DENIED as MOOT.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
April 30, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge